IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MICHAEL J. and NICOLE M. SCHULTZ, | : | BANK. NO.  18-18072-ELF |
| | : | |
| Debtors. | : | |

## ORDER DISMISSING CASE

AND NOW, this _____ day of March, 2019, upon consideration of the U. S. trustee's Motion to Dismiss Pursuant to 11 U.S.C. § 707(b), and the Debtors' response, if any,  it is now, therefore: ORDERED that the U. S. trustee's Motion is GRANTED and this case is hereby DISMISSED.

 

_____
Honorable Eric L. Frank
United States Bankruptcy Judge